UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CHARLES EDWARD ROBINSON, JR.,  )
                               )
          Movant,              )
                               )
     v.                        )     Civil No. 05-119-B-W
                               )     Criminal No. 96-58-B-W
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 5, 2005 her Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on August 24, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.   It is therefore ORDERED that the Recommended
         Decision of the Magistrate Judge is hereby
         AFFIRMED.

2.    It is further <u>ORDERED</u> that the Petitioner's 28
      U.S.C. § 2255 Motion is <u>DENIED</u>.


                              /s/ John A. Woodcock, Jr.
                              JOHN A. WOODCOCK, JR.
                              UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2005